**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

RUSSEL GEORGE II, on behalf of himself and all others similarly situated,

Plaintiff,

v.

COSTCO WHOLESALE CORP.,

Defendant.

Case No.: 3:26-cv-02369-TSH

**CASE MANAGEMENT ORDER**

**[ ORDER**

Plaintiff and Defendant's Stipulated Request for Order Changing Time is hereby **GRANTED**, and the Case Management Deadlines are hereby extended by 60 days as follows.

| **SUMMARY OF CASE MANAGEMENT DEADLINES** | | |
|---|---|---|
| | **Current Deadline** | **New Deadline** |
| Parties to File Status Report re: Private Mediation | 9/9/2026 | 10/22/2026 |
| Exchange Rule 26(a)(1) Initial Disclosures | 9/23/2026 | 11/23/2026 |
| Deadline File Proposed Protective Orders and ESI Orders | 9/30/2026 | 11/30/2026 |
| Deadline to Amend Pleadings: Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after this date. | 12/15/2026 | 2/16/2027 |
| Substantial Completion of Document Production for Discovery Requests Served prior to Deadline to Amend Pleadings | 2/9/2027 | 4/12/2027 |
| Deadline for Discovery Requests | 3/9/2027 | 5/10/2027 |
| Close of Fact Discovery | 4/9/2027 | 6/8/2027 |
| Plaintiff's Motion for Class Certification; and Rule 26(b)(2) Expert Disclosure relating to Class Certification | 5/21/2027 | 7/20/2027 |

| | | |
|---|---|---|
| Defendant's Opposition to Motion for Class Certification and Rule 26(b)(2) Expert Disclosure relating to Class Certification | 7/16/2027 | 9/14/2027 |
| Plaintiff's Reply ISO Motion for Class Certification and Expert 7/16/2027 8/20/2027 Rebuttal relating to Class Certification | 8/20/2027 | 10/19/2027 |
| Joint Status Report Proposing Schedule for Next Steps including additional merits discovery needed, if necessary, and dispositive motion briefing, pre-trial conference, and trial | Within 14 days of the Court's order re: class certification | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: September 24, 2026

The Honorable Thomas S. Hixson

United States Magistrate Judge